IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>RYAN M. JINDRA, and )<br>ENVISION INVESTMENT ADVISORS, LLC, )<br>)<br>Defendants, and )<br>)<br>ENVISION FINANCIAL GROUP, INC. )<br>)<br>Relief Defendant. ) | Civil Action No. 8:09CV216<br><br>ORDER STAYING<br>PROCEEDINGS UNTIL<br>SEPTEMBER 23, 2009 AND<br>ALLOWING THIRD PARTY<br>DISCOVERY |

On August 14, 2009, the Court held a status conference at the request of the parties. After considering the issues raised during the status conference,

IT IS HEREBY ORDERED that, aside from the exception noted below, the proceedings in this case shall be stayed until September 23, 2009. During the pendency of the stay, Defendants and Relief Defendant shall not be required to answer, respond to discovery, or produce information required by the Order of Preliminary Injunction (Docket No. 16) at paragraphs 9A-E.

IT IS HEREBY FURTHER ORDERED that as of the date of this Order, Plaintiff may seek discovery from third parties as provided for under the Federal Rules of Civil Procedure.

IT IS HEREBY FURTHER ORDERED that a status conference will be held on September 23, 2009, at 8:30 a.m.

DATED: August 25, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
UNITED STATES DISTRICT JUDGE