IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES EXCHANGE COMMISSION, ) ) | | |
| Plaintiff, ) ) | 8:09CV216 | |
| vs. ) ) | ORDER | |
| RYAN M. JINDRA and ) ENVISION INVESTMENT ADVISORS, ) LLC., ) ) | | |
| Defendants, ) ) | | |
| ENVISION FINANCIAL GROUP, INC., ) ) | | |
| Relief Defendant. ) | | |

This matter comes before the court on Steven Lefler's motion for release of fund (Filing No. 47). Mr. Lefler filed an accounting (Filing No. 48) and an index of evidence (Filing No. 49) in support of the motion. The court has reviewed Lefler's motion in conjunction with the court's July 8, 2009, Order (Filing No. 17) and related filings. The court finds the motion should be granted. Upon consideration,

**IT IS ORDERED:**

Steven Lefler's motion for release of funds (Filing No. 47) is granted.

Dated this 1st day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge