IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> RYAN M. JINDRA, and ) <br> ENVISION INVESTMENT ADVISORS, LLC, ) <br> ) <br> Defendants, and ) <br> ) <br> ENVISION FINANCIAL GROUP, INC. ) <br> ) <br> Relief Defendant. ) | Civil Action No.  8:09CV216 <br><br> PARTIES' THIRD JOINT <br> STATUS REPORT REGARDING <br> STAY OF PROCEEDINGS |

      The parties hereby jointly file this Third Joint Status Report regarding the status of the stay of proceedings in this case.  By Order dated February 19, 2010, the Court granted Defendants' Motion to Stay Proceedings or Alternatively for Stay of Discovery (Docket No. 36) due to the pending criminal case against Defendant Ryan Jindra in the District of Nebraska (*U.S. v. Ryan M. Jindra*, 8:10-cr-00043-LES-TDT).  On July 12, 2010, the parties filed their First Joint Status Report as ordered by the Court.  *See* Joint Status Report, Docket No. 55.  On October 12, 2010, the parties filed their Second Joint Status Report.  *See* Joint Status Report, Docket No. 59.  In both reports, the parties indicated their views that the stay should remain in place.  After the most recent status report, the Court continued the stay and ordered the parties to file another joint status report on January 28, 2011.  *See* Docket No. 60.

      The criminal case against Defendant Jindra continues to progress.  On December 27, 2010, Defendant Jindra filed a motion to dismiss in the criminal case based on alleged duplicity

1

concerns. On January 19, 2011, the United States filed its response. The case is expected to be set for trial shortly.

The parties currently remain in agreement that the instant case should continue to be stayed. The parties request that the stay continue and that the parties be ordered to file another Joint Status Report concerning the stay of proceedings on or about April 28, 2011, approximately 90 days from the date of this filing.

DATED:  January 28, 2011

                        Respectfully submitted,


s/ Thomas J. Krysa
THOMAS J. KRYSA
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Tel:             (303) 844-1000
Fax:            (303) 844-1068
E-mail:        krysat@sec.gov
*Attorneys for Plaintiff*


s/ Steven E. Achelpohl
STEVEN E. ACHELPOHL
1010 Historic Library Plaza
1823 Harney Street
Omaha, NE  68102
Tel:             (402) 346-1900
Fax:            (402) 346-1925
E-mail:        achelpohl@usa.net
*Attorney for Defendants Ryan M. Jindra, Envision Investment Advisors, LLC, and Relief Defendant Envision Financial Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide notice to the following:

Steven E. Achelpohl, Esq.
1010 Historic Library Plaza
1823 Harney Street
Omaha, NE  68102
Tel:  (402) 346-1900
Fax:  (402) 346-1925
E-mail:  achelpohl@usa.net
*Attorney for Defendants Ryan M. Jindra, Envision Investment Advisors, LLC, and Relief Defendant Envision Financial Group, Inc.*

s/Thomas J. Krysa
Thomas J. Krysa