# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | 8:09CV216 |
| vs. | ) ) | ORDER |
| RYAN M. JINDRA, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the motion (Filing No. 89) of Steven Lefler for authorization to pay Mr. Achelpohl for services rendered pursuant to this court's order of July 8, 2009 (Filing No. 17). Based upon the accounting filed (Filing No. 90), Mr. Lefler is authorized to disburse $155.34 to Mr. Achelpohl for services rendered.

**IT IS SO ORDERED.**

DATED this 11th day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge